FILE COPY

RE: Case No. 25-0048          DATE: 2/19/2025
COA #: 15-24-00029          TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

    Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 4, 2025. Further requests for extensions of time for this filing will be disfavored**.

                    MR. RANCE L. CRAFT
                    OFFICE OF THE TEXAS ATTORNEY GENERAL
                    P.O. BOX 12548 (MC 059)
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048        DATE: 2/19/2025
COA #: 15-24-00029        TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 4, 2025. Further requests for extensions of time for this filing will be disfavored**.

MS. LYNN E. SAARINEN
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548 (MC017)
AUSTIN, TX  787711-2548
\* DELIVERED VIA E-MAIL \*

FILE COPY

RE: Case No. 25-0048       DATE: 2/19/2025
COA #: 15-24-00029       TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 4, 2025. Further requests for extensions of time for this filing will be disfavored.**

MR. JEFFREY L. OLDHAM
BRACEWELL LLP
711 LOUISIANA STREET, SUITE 2300
HOUSTON, TX  77002-2770
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048        DATE: 2/19/2025
COA #: 15-24-00029        TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 4, 2025. Further requests for extensions of time for this filing will be disfavored.**

MR. MATTHEW  NIELSEN
BRACEWELL LLP
1445 ROSS AVE STE 3800
DALLAS, TX  75202-2724
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048          DATE: 2/19/2025
COA #: 15-24-00029           TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 4, 2025. Further requests for extensions of time for this filing will be disfavored**.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048       DATE: 2/19/2025
COA #: 15-24-00029       TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 4, 2025. Further requests for extensions of time for this filing will be disfavored**.

DISTRICT CLERK  DALLAS COUNTY
DALLAS COUNTY COURTHOUSE
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE, SUITE 103
DALLAS, TX  75202
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                     DATE: 2/19/2025
COA #: 15-24-00029                       TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas granted the second motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **April 4, 2025. Further requests for extensions of time for this filing will be disfavored.**

MS. JANET MARIE SPUGNARDI
CITY ATTORNEY'S OFFICE
825 W. IRVING BLVD.
IRVING, TX  75060
* DELIVERED VIA E-MAIL *